UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
7-ELEVEN, INC.,

        Plaintiff,

    - against -

Z-ELEVEN CONVENIENCE STORE INC.,

        Defendant.
-----------------------------------------------------------------X

**JUDGMENT AND ORDER
OF PERMANENT INJUNCTION**
16-CV-4116 (RRM) (SJB)

Upon consideration of the motion for default judgment by Plaintiff 7-Eleven, Inc. ("7-Eleven") against Defendant Z-Eleven Convenience Store Inc. ("Z-Eleven"), the memorandum in support of the motion, the record, and the Report and Recommendation of the assigned Magistrate Judge, adopted in its entirety by separate Order entered this day, and upon this Court's finding that Z-Eleven has failed to plead or otherwise defend in this action, and the Court having granted 7- Eleven's motion for default judgment,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment by default be entered in this action in favor of 7-Eleven against Z-Eleven as follows:

1. Final judgment as to liability is hereby entered against Z-Eleven and in favor of 7-Eleven on all of the claims set forth in 7-Eleven's Complaint;

2. 7-Eleven has suffered damages, including loss of goodwill and damage to its reputation, as a result of Z-Eleven's conduct;

3. Accordingly, default judgment is hereby entered in favor of 7-Eleven and against Z-Eleven in the amount of $80,000;

4. Subject to paragraph 5, Z-Eleven and its agents, servants, employees, attorneys,

and all those persons in active concert or participation with them, are preliminarily and permanently enjoined from using the name and mark Z-ELEVEN and the Z-ELEVEN Design (collectively, the "Z-ELEVEN Marks"), any element thereof, and any other name, mark, or trade dress confusingly similar thereto, including the sixteen marks listed in Exhibit A attached hereto;

5. As soon as possible, and no later than three (3) weeks after the entry and service on Z- Eleven of this Injunctive Order, Z-Eleven will permanently remove all Z-ELEVEN Marks from Defendant's convenience store located at 721 Henry Street, Brooklyn, New York 11231 ("the Infringing Site") and otherwise eliminate all elements and instances of the Z-ELEVEN Marks from the Infringing Site, including the following;



6. Within 30 days after the entry and service on Z-Eleven of this Injunctive Order, Z- Eleven shall file with this Court and serve upon 7-Eleven a report in writing and under oath setting forth in detail the manner and form in which Z-Eleven has complied with the injunction;

7. Any violation of this Injunctive Order may be punishable as a contempt of Court, in addition to any and all other remedies available at law or in equity.

8. The Court will retain jurisdiction over this action to enforce this Judgment and Order of Permanent Injunction.

DONE AND ORDERED this 26th day of March, 2018

*Roslynn R. Mauskopf*

ROSLYNN R. MAUSKOPF
United States District Judge

**EXHIBIT A**

| MARK | REG. NO. | DATE | GOODS OR SERVICES |
|---|---|---|---|
| [7-ELEVEN logo] | 718,016 | 07/04/1961 | Retail grocery service |
| 7-ELEVEN | 896,654 | 08/11/1970 | Retail grocery store service |
| [7-ELEVEN logo] | 920,897 | 09/21/1971 | Retail grocery store services |
|  | 1,035,454 | 03/09/1976 | Sandwiches |
| [7-ELEVEN logo] | 1,288,594 | 08/07/1984 | Gasoline |
| [7-ELEVEN logo] | 1,402,425 | 07/22/1986 | Soft drinks for consumption on or off the premises |
| 7-ELEVEN | 1,702,010 | 07/21/1992 | Coffee for consumption on or off the premises |

4

| MARK | REG. NO. | DATE | GOODS OR SERVICES |
|---|---|---|---|
| 7-ELEVEN (logo) | 2,642,740 | 10/29/2002 | Coffee for consumption on or off the premises; soft drinks and semi-frozen soft drinks for consumption on or off the premises |
| 7-ELEVEN | 2,685,684 | 02/11/2003 | Retail store services featuring gasoline and retail store services featuring convenience store items |
| 7-ELEVEN (logo) | 2,834,419 | 04/20/2004 | Retail convenience store services |
| 7-ELEVEN | 2,914,788 | 12/28/2004 | Gasoline |
| 7-ELEVEN | 3,338,512 | 11/20/2007 | Gift card services |
| (striped logo) | 3,644,842 | 06/23/2009 | Retail convenience store services featuring the sale of food and beverage products for consumption on or off the premises |
| (striped logo) | 3,679,337 | 09/08/2009 | Retail convenience store services featuring food and beverage products for consumption on or off the premises |
| (striped logo) | 3,679,341 | 09/08/2009 | Retail convenience store services featuring food and beverage products for consumption on or off the premises |
| (striped logo) | 4,917,149 | 03/15/2016 | Retail convenience store services featuring food and beverage products for consumption on or off the premises |